UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Chief Jurist Ilya Liviz Sr.,

    Plaintiff

v.                                       Civil Action No. 19-10392-JDL

Judge Leo T. Sorokin
Individually and on Behalf of all
Others Similarly Situated

    Defendant

## ORDER OF DISMISSAL

August 23, 2019

LEVY, C.J.

In accordance with the Court's Order [Dkt # 6] issued on August 23, 2019, it is

ORDERED that the above-entitled action be, and hereby is, dismissed.

By the Court,

/s/ Arnold Pacho
Deputy Clerk